**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: [APR 2 7 2020]

*86 Chambers Street*
*New York, New York 10007*

April 24, 2020

**VIA ECF**
Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: _____ APR 2 7 2020

Re:     *Pacheco Benavente v. Decker, et al.*, 20 Civ. 2968 (GBD)

Dear Judge Daniels:

I write respectfully on behalf of Respondents in the above-referenced immigration habeas matter to request permission to file under seal certain documents. Those documents—Respondents' memorandum in opposition to Petitioner's motion for a temporary restraining order, and supporting declarations and their exhibits—contain sensitive information about Petitioner when he was a minor, including medical information. Petitioner consents to this request to seal.

I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

 /s/ Jeffrey Oestericher
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel:     (212) 637-2663
Fax:     (212) 637-2686

*Counsel for Respondents*

cc (via ECF):   Counsel for Petitioner